FILED

06/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0229

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0229

———————

SISTER MARY JO MCDONALD; LORI
MALONEY; FRITZ DAILY; BOB BROWN;
DOROTHY BRADLEY; VERNON FINLEY;
MAE NAN ELLINGSON; and the LEAGUE OF
WOMEN VOTERS OF MONTANA,

        Plaintiffs and Appellees,

v.

CHRISTI JACOBSEN, Montana Secretary of
State,

        Defendant and Appellant.

O R D E R

———————

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on June 8, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

Rule 12 requires "a table of cases (alphabetically arranged), statutes, and other authorities cited, with references to the pages of the brief where they are cited." M. R. App. P. 12(1)(a). Although the Table of Contents makes reference to it, the Appellant's opening brief does not contain a table of authorities and therefore fails to meet the requirements of Rule 12.

Rule 12 also requires "[a]n appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken[.]" M. R. App. P. 12(1)(i). The Appellant's Appendix does not comply with this rule because it includes excessive and unnecessary documents. This Court has access to the full District Court record. The Appendix should include the order(s) from which appeal is taken—in this case, the District Court's order on summary judgment and any other document that is enumerated in Rule 12(1)(i)—and should not

include pleadings and briefs that are contained within the District Court record. Additionally, Appellant's Appendix E does not give any reference to where in the record—which has not yet been transmitted to the Clerk of this Court—it may be found.

Rule 12 also requires a statement of the case, indicating the nature of the case and its procedural disposition, that includes "[o]nly that procedural background which is relevant to the issue or issues raised[.]" M. R. App. P. 12(1)(c). The Appellant's statement of the case includes discussion of matters that appear to be outside the record and is not confined to the questions presented on appeal.

Finally, Rule 12 requires "[a] statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear." M. R. App. P. 12(1)(d). The statement of facts in Appellant's opening brief contains no citations to the record.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellant and to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
June 9 2022